COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| VERONICA CHAVEZ, | § | No. 08-23-00265-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| MARK VARA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012DCM10912) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2023.


LISA J. SOTO, Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.